# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>TIKEER MALONE<br><br>Defendant. | Crim. No. 19-646 (SDW)<br><br>**ORDER** |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT is this 19TH day of November, 2019,

**ORDERED** that Ijeoma Eke, Assistant Federal Public Defender, from the Federal Public Defender's Office for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of this Court.

_____
SUSAN D. WIGENTON
U.S.D.J.