# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**U.S. v. TIKEER MALONE, 19-646**

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. <u>TIKEER MALONE, DOB: 7/24/1991, SBI No. 000958959D</u>, is now confined to <u>Northern State Prison, 168 Frontage Rd, Newark, New Jersey</u>.

2. <u>TIKEER MALONE, DOB: 7/24/1991, SBI No. 000958959D,</u>, will be required to appear **In person** on **Thursday, September 30, 2021, at 11:00 a.m.** for a sentencing hearing via video conference before the Honorable Susan D. Wigenton, United States District Judge, in the above captioned case.

A Writ of Habeas Corpus should be issued for that purpose. DATED: September 7, 2021    Newark, NJ

*Shontae D. Gray*
Shontae D. Gray,
Assistant U.S. Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: 9/7/21

*[signature]*
Honorable Susan D. Wigenton, U.S.D.J.

# WRIT OF HABEAS CORPUS

The United States of America to Warden of <u>Northern State Prison</u> WE COMMAND YOU that you have the body of

    TIKEER MALONE, DOB: 7/24/1991, SBI No. 000958959D

now confined at <u>Northern State Prison</u>, be brought to the United States District Court In Person, on **September 30, 2021, at 11:00 a.m.,** for a sentencing hearing before the Honorable Susan D. Wigenton, United States District Judge**.**

WITNESS the <u>Honorable Susan D. Wigenton</u>, United States District Judge Newark, New Jersey
DATED: 9/7/21

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:   Carmen D. Soto
        Deputy Clerk