# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**U.S. v. TIKEER MALONE, 19-646**

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. TIKEER MALONE, DOB: 7/24/1991, SBI No. 000958959D, is now confined to Northern State Prison, 168 Frontage Rd, Newark, New Jersey.

2. TIKEER MALONE, DOB: 7/24/1991, SBI No. 000958959D, will be required to appear **In person** on **Wednesday, October 13, 2021, at 12:00 p.m.** for a sentencing hearing via video conference before the Honorable Susan D. Wigenton, United States District Judge, in the above captioned case.

A Writ of Habeas Corpus should be issued for that purpose. DATED: September 8, 2021     Newark, NJ

*Shontae D. Gray*
Shontae D. Gray,
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 9/8/21

Honorable Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Northern State Prison WE COMMAND YOU that you have the body of

TIKEER MALONE, DOB: 7/24/1991, SBI No. 000958959D

now confined at Northern State Prison, be brought to the United States District Court In Person, on **October 13, 2021, at 12:00 p.m.,** for a sentencing hearing before the Honorable Susan D. Wigenton, United States District Judge.

WITNESS the Honorable Susan D. Wigenton, United States District Judge Newark, New Jersey

DATED: 9/8/21

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per:   Carmen D. Soto
       Deputy Clerk