UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On Crim. No. 21-646

UNITED STATES OF AMERICA v. TIKEER MALONE, Defendant (DOB 07/24/1991, SBI Number 000958959D)

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.  TIKEER MALONE (DOB 07/24/1991, SBI Number 000958959D) is now confined at Northern State Prison, Newark, NJ.

2.  Said individual will be required at U.S. District Court, Newark, New Jersey on Wednesday, December 15, 2021 at 3:00 p.m. for an **IN-PERSON** sentencing hearing before the Honorable Susan D. Wigenton in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: November 2, 2021

        BENJAMIN LEVIN
        Assistant United States Attorney
        Petitioner--(973) 645-2762

ORDER FOR WRIT:  Let the Writ Issue.

DATED:  November 2, 2021

        HONORABLE SUSAN D. WIGENTON
        United States District Judge

WRIT OF HABEAS CORPUS:  The United States of America to the Director of Northern State Prison

WE COMMAND YOU that you have the body of TIKEER MALONE (DOB 07/24/1991, SBI Number 000958959D)(by whatever name called or charged) now confined in the Northern State Prison, Newark, NJ before the United States District Court on Wednesday, December 15, 2021 at 3:00 p.m. before the Honorable Susan D. Wigenton.  Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

        WITNESS the Honorable Susan D. Wigenton
        United States District Judge at Newark, New Jersey

DATED:  November 2, 2021

        WILLIAM T. WALSH
        Clerk of the U.S. District Court
        for the District of New Jersey

Per:  Carmen D. Soto
      Deputy Clerk