<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 19-646 (SDW) |
| v. | **WHEREAS OPINION & ORDER** |
| TIKEER MALONE, | June 3, 2025 |
| Defendant. | |

**WIGENTON**, District Judge.

  **THIS MATTER** having come before this Court upon *pro se* Defendant Tikeer Malone's ("Defendant") Motion for Compassionate Release (D.E. 42 ("Motion")) under the First Step Act, 18 U.S.C. § 3582(c)(1)(A); and

  **WHEREAS** Defendant was sentenced by this Court on March 23, 2022, to a term of 36 months' imprisonment (D.E. 40); and

  **WHEREAS** the Bureau of Prisons' inmate records indicate that Defendant has not been in custody since October 25, 2024; and

  **WHEREAS** this Court issued an Order to Show Cause (D.E. 44) on May 13, 2025, directing Defendant to show cause why the Motion should not be denied as moot in light of his release from custody; and

  **WHEREAS** no response has been received from Defendant within the prescribed timeframe; and for good cause shown;

  **IT IS ORDERED** that the Motion is **DENIED** as moot.

**SO ORDERED**.

                                                                */s/ Susan D. Wigenton*
                                                  **SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk